UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN S. MYERS, | ) |
| | ) CIVIL NO. 3:15-cv-05687-RSL |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER TO AMEND BRIEFING SCHEDULE |
| NANCY BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Unopposed Motion to Amend Briefing Schedule and the Defendant not opposing the Motion, it is now, hereby, it is hereby

ORDERED that Plaintiff's Motion for 406b fees shall be re-noted for August 3, 2018, and Plaintiff's Reply Brief shall be filed on or before August 2, 2018.

DATED this 27th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/Elie Halpern
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER TO AMEND BRIEFING SCHEDULE - 1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ATTORNEY